# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE GREEN, <br><br> Plaintiff, <br> v. <br><br> JOHN BUNCH and CITY OF LOS ANGELES <br><br> Defendants. | CASE NO. CV09-01770GAF(AGRx) <br><br> **STIPULATED JUDGMENT** <br><br> Trial: October 25, 2011 <br> Courtroom 740 (Roybal) <br><br> U.S. Judge Gary Allen Feess |

Following trial, the parties, by and through their attorneys of record, having met and conferred, hereby stipulate and agree as follows:

1) Plaintiff agrees to waive all rights of appeal;

(2) The parties agree to waive any and all allowable costs including those listed in 28 USC § 1920;

(3) Defendants agree to waive attorney fees under 42 U.S.C. § 1988;  and

(4) The parties agree to enter into a stipulated judgment taxing all remaining court costs, if any, to Defendants.;

It is therefore ordered and adjudged that judgment be entered in favor of Defendants JOHN BUNCH and CITY OF LOS ANGELES; that Plaintiff WILLIE GREEN take nothing from Defendants JOHN BUNCH and CITY OF LOS ANGELES; that Plaintiff Willie Green has knowingly and voluntarily waived any and all rights to

appeal in this action; and Defendants JOHN BUNCH and CITY OF LOS ANGELES waive their right to recover all costs and fees, including any attorneys fees under 42 U.S.C. § 1988, from Plaintiff WILLIE GREEN.

This matter is now closed.

IT IS SO ORDERED.

DATED: November 28, 2011

_____
United States District Judge

submitted by:

DATED: November 8, 20111   By:_____/s/_____
          **JAMES D. OWEN** (Pro Hac Vice)

          Attorneys for Plaintiff WILLIE GREEN

DATED: November 8, 2011   By: _____/s/_____
          **GEOFFREY R. PLOWDEN**
          Deputy City Attorney

          Attorneys for Defendants CITY OF LOS ANGELES and JOHN BUNCH

2